[No. 38140-7-I.    Division One.    August 25, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHNNY R. PUCKETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 79-1-00602-0, Ronald L. Castleberry, J., entered February 2, 1996. *Reversed* by unpublished opinion per Ellington, J., concurred in by Grosse and Agid, JJ.

[No. 38321-3-I.    Division One.    August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY WAYNE BUTCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05663-2, George T. Mattson, J., entered February 27, 1996. *Reversed* by unpublished per curiam opinion.

[No. 38341-8-I.    Division One.    August 25, 1997.]

LARRY G. BACKLUND, ET AL., *Appellants*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-28088-4, William L. Downing, J., entered February 23, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Webster, JJ.

[No. 38342-6-I.    Division One.    August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN DEAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03071-1, Donald D. Haley, J., entered March 26, 1997. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Grosse, JJ.